*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, MIZER and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Rahmiel S. ASHFORD**
Aviation Structural Mechanic
Third Class (E-4), U.S. Navy
*Appellant*

**No. 202400254**

_____

Decided: 17 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michael F. Whitican

Sentence adjudged 9 May 2024 by a special court-martial tried at Naval Air Station Whidbey Island, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3, confinement for 45 days, and a bad-conduct discharge.

For Appellant:
*Lieutenant Meggie C. Kane-Cruz, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment inaccurately reflects the date of the offense in Specification 3 of the Additional Charge and fails to reflect that the terms of confinement are to run concurrently. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Sutton*, 81 M.J. 677 (N-M. Ct. Crim. App. 2021); *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400254 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Rahmiel S. ASHFORD**<br>**Aviation Structural Mechanic**<br>**Third Class Petty Officer (E-4)**<br>**U.S. Navy** | |
| *Accused* | *As Modified on Appeal*<br><br>**17 October 2024** |

On 9 May 2024, the Accused was tried at Naval Air Station Whidbey Island, Washington by special court-martial consisting of a military judge sitting alone. Military Judge Michael F. Whitican presided.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge:**    **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:**   **Wrongful introduction of some amount of cocaine onto an installation used by the armed forces or under the control of the armed forces on or about 23 February 2024.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **Wrongful introduction of some amount of marijuana onto an installation used by the armed forces or under the control of the armed forces on or about 23 February 2024.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Wrongful introduction of some amount of psilocybin mushrooms, a Schedule I controlled substance, onto an installation used by the armed forces or under the control of the armed forces on or about 23 February 2024.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 4:** **Wrongful use of cocaine on or about 23 February 2024.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 5:** **Wrongful use of marijuana on or about 23 February 2024.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Additional Charge:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **Wrongful use of methamphetamine on or about 5 March 2024.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 2:** **Wrongful use of cocaine on or about 5 March 2024.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 3:** **Wrongful use of marijuana on or about 5 March 2024.**

*Plea:* Guilty.
*Finding:* Guilty.

**Second Additional Charge:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification:** **Wrongful introduction of some amount of methamphetamine onto an installation used by the armed forces or under the control of the armed forces on or about 23 February 2024.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

## SENTENCE

On 9 May 2024, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-3.**

**Confinement for a total of 45 days, as follows:**

*For Specification 1 of the Charge:*
confinement for 35 days.

*For Specification 2 of the Charge:*
confinement for 35 days.

*For Specification 2 of the Additional Charge:*
confinement for 45 days.

*For Specification 3 of the Additional Charge:*
confinement for 45 days.

The terms of confinement will run concurrently.

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

4